Decided September 15, 1993

### RENAY VICKERS *v.* KIM JESSUP

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 360 (AC 11613), is granted, limited to the following issues:

"1. In a civil case, must a statement of a party opponent be inconsistent with the party's position at trial in order to be admissible?

"2. If the answer to question 1. is no, was the ruling of the trial court excluding the plaintiff's November, 1989 letter harmful error?"

The Supreme Court docket number is SC 14834.

*Mark A. Newcity,* in support of the petition.

*Daniel R. Cunningham,* in opposition.

Decided September 15, 1993

### PAUL TROTTA *v.* BOARD OF EDUCATION OF THE TOWN OF PLYMOUTH

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 395 (AC 11643), is denied.

*Ronald Cordilico,* in support of the petition.

Decided September 15, 1993